In the Matter of the Judicial Settlement of the Account of RICHARD A. EAGLE, as Administrator, etc., of CHARLES N. BUTLER, Late of Queens County, Deceased.

Richard A. Eagle, as Administrator, etc., and Another, Appellants; Central Islip State Hospital, Respondent.* Decree of the Surrogate's Court of Queens county in so far as it directs the payment of $597.60 to the Central Islip State Hospital on account of its claim, approved in the sum of $1,000, unanimously affirmed, with costs. (*Matter of Wesley*, 156 App. Div. 403; Mental Hygiene Law, §§ 79, 80 and 82; *Matter of Marsh*, 242 App. Div. 290.) Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.